|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARY DIANE PALMER, | ) Case No. 06-CV-1497-H (JMA) |
|---|---|
| Plaintiff, | ) **ORDER REGARDING SETTLEMENT** |
| | ) **DISPOSITION CONFERENCE** |
| v. | ) |
| SAN DIEGO GAS & ELECTRIC, et al., | ) |
| Defendants. | ) |

An Early Neutral Evaluation Conference was held on September 12, 2006 at 10:00 a.m.  The case settled and the terms of the settlement were placed on the record (1:0-180).  The attorneys must personally appear for a Settlement Disposition Conference on **October 12, 2006** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a signed stipulation for dismissal is submitted to the Court, ***and a "Received" stamped copy is delivered directly to Magistrate Judge Adler's chambers in person or by facsimile at (619) 702-9939***, prior to that time.  If a copy of a signed stipulation for dismissal cannot be provided to the chambers of Magistrate Judge Adler on or before the date indicated above,

counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED:   September 12, 2006

                                        Jan M. Adler
                                        U.S. Magistrate Judge