ORIGINAL

1  Janice P. Brown, Esq. (114433)
   Laura H. Roppé, Esq. (178012)
2  BROWN LAW GROUP
   600 B Street, Suite 1650
3  San Diego, CA 92101
   Telephone: (619) 330-1700
4  Facsimile:  (619) 330-1701

5  Dawn M. Bradberry, Esq. (204893)
   SEMPRA ENERGY
6  OFFICE OF THE GENERAL COUNSEL
   101 Ash Street, Suite 1100
7  San Diego, CA 92101
   Telephone: (619) 699-5034
8  Facsimile: (619) 696-4838

9  Attorneys for Defendant
   SAN DIEGO GAS & ELECTRIC COMPANY

FILED

06 OCT 12  AM 10: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DIANE PALMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC, a California corporation and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 06-CV-1497-H (JMA)<br><br>STIPULATED REQUEST AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT<br><br>Judge: Hon. Marilyn L. Huff |

Mary Diane Palmer v. San Diego Gas & Electric
STIPULATED REQUEST AND ORDER FOR DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S COMPLAINT

Case No. 06-CV-1497-H (JMA)

Page 1

1  IT IS HEREBY STIPULATED by and between Plaintiff Mary Diane Palmer ("Plaintiff")
2  and Defendant San Diego Gas & Electric Company ("Defendant"), through their designated
3  counsel, that Plaintiff's complaint shall be and hereby is dismissed in its entirety with prejudice,
4  each party to bear his or its own costs and attorneys' fees.
5  SO STIPULATED:
6  Dated: October 9, 2006

7                                         BROWN LAW GROUP
8
9                                         By: /s/ Laura H. Roppé
10                                        Janice P. Brown, Esq.
11                                        Laura H. Roppé, Esq.
                                          Attorneys for Defendant
12                                        SAN DIEGO GAS & ELECTRIC
                                          COMPANY
13
14  Dated: October 9, 2006               ODEN, GREENE & THOMPSON

                                          By: /s/ Eugene S. Thompson
15
16                                        Eugene S. Thompson, Esq.
                                          Attorneys for Plaintiff
17                                        MARY DIANE PALMER

18                                        ORDER
19
    IT IS HEREBY ORDERED that this case is dismissed with prejudice in its entirety.
20
21  Dated: 10/11/06                       /s/ Marilyn L. Huff
                                          Hon. Marilyn L. Huff
22                                        United States District Judge

23
24
25
26
27
28                                        -2-

1  IT IS HEREBY STIPULATED by and between Plaintiff Mary Diane Palmer ("Plaintiff")
2  and Defendant San Diego Gas & Electric Company ("Defendant"), through their designated
3  counsel, that Plaintiff's complaint shall be and hereby is dismissed in its entirety with prejudice,
4  each party to bear his or its own costs and attorneys' fees.

5  <u>SO STIPULATED</u>:

6  Dated: October /0, 2006

BROWN LAW GROUP

By: /s/ Laura H. Roppé

Janice P. Brown, Esq.
Laura H. Roppé, Esq.
Attorneys for Defendant
SAN DIEGO GAS & ELECTRIC COMPANY

Dated: October ___, 2006

ODEN, GREENE & THOMPSON

By:_____

Eugene S. Thompson, Esq.
Attorneys for Plaintiff
MARY DIANE PALMER

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed with prejudice in its entirety.

Dated: _____        _____
                                Hon. Marilyn L. Huff
                                United States District Judge

-2-

Mary Diane Palmer v. San Diego Gas & Electric
STIPULATED REQUEST AND ORDER FOR DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S COMPLAINT

Case No. 06-CV-1497 (JMA)

Page 2